It is so Ordered 3/5/10.
s/John R. Adams
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH GRISSINGER, | ) | CASE NO. 5:09-cv-2523 |
| | ) | |
| Plaintiff, | ) | **JUDGE ADAMS** |
| | ) | |
| v. | ) | RENEWED MOTION FOR |
| | ) | LEAVE TO VOLUNTARILY |
| SUMMA HEALTH SYSTEM, | ) | DISMISS CIVIL COMPLAINT |
| | ) | WITH PREJUDICE |
| Defendant. | ) | |

Plaintiff, by and through counsel, now moves this Court to grant a voluntary dismissal of the pending civil cause of action with prejudice, pursuant to FRCP 41(a)(2). Plaintiff moves this Court to grant a voluntary dismissal with prejudice in the above captioned case. Plaintiff's previous motion to dismiss failed to specific the terms of the dismissal.

Respectfully submitted,

/s Donald Gallick

_____
DONALD GALLICK (OH 0073421)
ATTORNEY FOR PLAINTIFF
190 North Union Street #201
Akron, Ohio 44304
330-631-6892
dgallick@sbcglobal.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that this filing was delivered to opposing counsel via this Court's electronic filing system on this second day of March, 2010.

/s Donald Gallick

_____
DONALD GALLICK (OH 0073421)
ATTORNEY FOR PLAINTIFF